177 So. 925

### Jack SAPP v. STATE.
#### 6 Div. 172.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

177 So. 925

### C. B. (alias C. V.) SCHAUB v. STATE.
#### 1 Div. 302.

Court of Appeals of Alabama.
Nov. 23, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

178 So. 926

### Claude SCHMIDLEKOFER v. STATE.
#### 8 Div. 535.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Appeal dismissed.

178 So. 926

### Hubert SCHROEDER v. STATE.
#### 7 Div. 331.

Court of Appeals of Alabama.
Jan. 18, 1938.

RICE, Judge.
Appeal dismissed.

184 So. 920

### Lee SCOGGINS v. STATE.
#### 7 Div. 439.

Court of Appeals of Alabama.
Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

181 So. 924

### George SCOTT v. STATE.
#### 8 Div. 716.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 924

### Mose SCOTT v. STATE.
#### 8 Div. 698.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.